**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| NUNZIO DONATO CIARAULO, | Case No.: 2:22-cv-08391-BFM |
| Plaintiff, | ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT |
| vs. | ATTORNEY FEES AND EXPENSES PURSUANT TO 28 U.S.C. § 2412(d) |
| KILOLO KIJAKAZI, Acting Commissioner of Social Security, | AND COSTS PURSUANT TO 28 U.S.C. § 1920 |
| Defendant | |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, Costs, and Expenses:

IT IS ORDERED that fees and expenses in the amount of $5,150.00 as authorized by 28 U.S.C. § 2412, and costs in the amount of $402.00 as authorized by 28 U.S.C. § 1920, be awarded subject to the terms of the Stipulation.

DATE: JUNE 22, 2023

_____
HONORABLE BRIANNA F. MIRCHEFF
UNITED STATES MAGISTRATE JUDGE

1     Respectfully submitted,

2     LAW OFFICES OF LAWRENCE D. ROHLFING, INC., CPC

3          /s/   *Brian C. Shapiro*

      BY: _____
4          Brian C. Shapiro
           Attorney for plaintiff Nunzio Donato Ciaraulo
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26